UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA COLWELL,

          Plaintiffs,

     v.

STATE FARM GENERAL INSURANCE COMPANY,

          Defendants.

Case No.  16-cv-05485-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 24, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 1, 2017.

DESIGNATION OF EXPERTS: 11/27/17; REBUTTAL: 12/7/17;
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 22, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/29/17;
     Opp. Due: 10/13/17; Reply Due: 10/20/17;
     and set for hearing no later than 11/3/17 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2018 at 3:30 PM.

JURY TRIAL DATE: February 12, 2018 at 8:30 AM.
     Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court vacated the ENE session that was scheduled to occur on 3/9/17. Counsel shall inform the Court by 2/3/17, as to whether they will participate in private mediation or court sponsored mediation.  The mediation session shall be completed by 6/17/17.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.

Dated: 1/23/17

SUSAN ILLSTON
United States District Judge