UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA COLWELL,

    Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY,

    Defendants.

Case No. 16-cv-05485-SI (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 5, 2018.

DESIGNATION OF EXPERTS: February 23, 2018; REBUTTAL: March 9, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 23, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; December 1, 2017;
    Opp. Due: December 15, 2017; Reply Due: December 22, 2017;
    and set for hearing no later than January 26, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 17, 2018 at 3:30 PM.

JURY TRIAL DATE: April 30, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

1  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

2  **IT IS SO ORDERED**.

4  Dated: 7/10/17

SUSAN ILLSTON
United States District Judge